IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:24-CV-141-KDB-DCK

| | |
|---|---|
| CHRISTOPHER MOORE, | ) |
| Plaintiff, | ) ORDER |
| v. | ) |
| KEURIG DR. PEPPER, INC., and UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Local Counsel Gemma L. Saluta on June 11, 2024.

Applicant Nikole M. Crow seeks to appear as counsel *pro hac vice* for Defendant Unum Life Insurance Company of America. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Nikole M. Crow is hereby admitted *pro hac vice* to represent Defendant Unum Life Insurance Company of America.

**SO ORDERED**.

Signed: June 11, 2024

David C. Keesler
United States Magistrate Judge