IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:24-CV-141-KDB-DCK

| | | |
|---|---|---|
| **CHRISTOPHER MOORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| **KEURIG DR. PEPPER, INC., and UNUM LIFE INSURANCE COMPANY OF AMERICA,** | ) ) ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by Local Counsel Bridget A. Blinn-Spears on June 12, 2024.

Applicant Ashlee Dee Ripoka seeks to appear as counsel *pro hac vice* for Defendant Keurig Dr. Pepper, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**. Ashlee Dee Ripoka is hereby admitted *pro hac vice* to represent Defendant Keurig Dr. Pepper, Inc. **SO ORDERED**.

Signed: June 12, 2024

David C. Keesler
United States Magistrate Judge